# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>V.<br>Edmundo Melchor Perez,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 22-521 and CR 22-543<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>the parties</u>, IT IS ORDERED that a detention hearing is set for <u>Monday</u>, <u>March 6, 2023</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>540</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: March 1, 2023

*/s/ Steve Kim*
Steve Kim, U.S. Magistrate Judge